```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JESSICA GUZMAN,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           21-CV-2767 (VSB)
              -against-                                     :
                                                            :                **ORDER**
PARTY CITY CORPORATION et al.                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 18, 201, the parties requested a stay of 30 days while they finalized a settlement agreement. (Doc. 12.) I granted this request. (Doc. 13.) It has been more than 30 days since August 18, but I have not heard anything further from the parties. As such, by October 1, 2021, assuming no settlement has been reached, the parties shall file the joint letter and proposed case management plan called for by my order dated August 12, 2021. (*See* Doc. 11). If the parties have reached settlement, then by October 1, 2021, the parties shall file an appropriate notice of such.

SO ORDERED.

Dated:   September 24, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge